B6F (Official Form 6F) (12/07)

In re  **Zaheerah Yasmeen Shareef**                             ,   Case No.  **14-11009**
                              Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Americash Loans**<br>**105 W. Madison Ave.**<br>**Chicago, IL 60602** | | - | **PayDayLoan** | | | | **2,250.00** |
| Account No. **xxxxxxxxxxxx0646**<br><br>**Capital 1 Bank**<br>**Attn: Bankruptcy Dept.**<br>**Po Box 30285**<br>**Salt Lake City, UT 84130** | | - | **Opened 5/01/11 Last Active 12/24/13**<br>**Credit Card** | | | | **413.00** |
| Account No. **5172289480**<br><br>**City of Chicago Department Revenue**<br>**121 N. LaSalle**<br>**Chicago, IL 60601** | | - | **Parking tickets** | | | | **1,000.00** |
| Account No.<br><br>**City of Harvey - Water Department**<br>**15320 Broadway**<br>**Harvey, IL 60426** | | - | **Water Bill - 15819 Paulina** | | | | **3,500.00** |

__5__  continuation sheets attached

Subtotal (Total of this page)   **7,163.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Zaheerah Yasmeen Shareef**, Case No. **14-11009**
Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxxxxxxxxx7541<br>**Comenity Bank/Inbryant**<br>**450 Winks Lane**<br>**Bensalem, PA 19020** | - | | **Opened 10/01/12 Last Active 1/09/14**<br>**Charge Account** | | | | 187.00 |
| Account No. xxxxxxxxxxxxxxxxxx0608<br>**Dept Of Ed/sallie Mae**<br>**11100 Usa Pkwy**<br>**Fishers, IN 46037** | - | | **Opened 6/01/12 Last Active 2/28/14**<br>**Educational** | | | | 66,719.00 |
| Account No. xxxxxxxxxxxxxxxxxx0615<br>**Dept Of Ed/sallie Mae**<br>**11100 Usa Pkwy**<br>**Fishers, IN 46037** | - | | **Opened 6/01/12 Last Active 2/28/14**<br>**Educational** | | | | 51,403.00 |
| Account No. xxxxxxxxxxxxxxxxxx1213<br>**Dept Of Ed/sallie Mae**<br>**11100 Usa Pkwy**<br>**Fishers, IN 46037** | - | | **Opened 12/01/12 Last Active 2/28/14**<br>**Educational** | | | | 40,387.00 |
| Account No. xxxxxxxxxxxxxxxxxx0615<br>**Dept Of Ed/sallie Mae**<br>**11100 Usa Pkwy**<br>**Fishers, IN 46037** | - | | **Opened 6/01/11 Last Active 2/28/14**<br>**Educational** | | | | 28,182.00 |

Sheet no. **1** of **5** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) 186,878.00

B6F (Official Form 6F) (12/07) - Cont.

In re **Zaheerah Yasmeen Shareef**, Case No. **14-11009**
Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxxxxxxxxxxxxxxx0912<br><br>Dept Of Ed/sallie Mae<br>11100 Usa Pkwy<br>Fishers, IN 46037 | | - | Opened 9/01/13 Last Active 2/28/14<br>Educational | | | | 23,216.00 |
| Account No. xxxxxxxxxxxxxxxxxx0924<br><br>Dept Of Ed/sallie Mae<br>11100 Usa Pkwy<br>Fishers, IN 46037 | | - | Opened 9/01/10 Last Active 2/28/14<br>Educational | | | | 19,862.00 |
| Account No. xxxxxxxxxxxxxxxxxx0919<br><br>Dept Of Ed/sallie Mae<br>11100 Usa Pkwy<br>Fishers, IN 46037 | | - | Opened 9/01/08 Last Active 2/28/14<br>Educational | | | | 15,030.00 |
| Account No. xxxxxxxxxxxxxxxxxx0612<br><br>Dept Of Ed/sallie Mae<br>11100 Usa Pkwy<br>Fishers, IN 46037 | | - | Opened 6/01/09 Last Active 2/28/14<br>Educational | | | | 13,664.00 |
| Account No. xxxxxxxxxxxxxxxxxx0924<br><br>Dept Of Ed/sallie Mae<br>11100 Usa Pkwy<br>Fishers, IN 46037 | | - | Opened 9/01/10 Last Active 2/28/14<br>Educational | | | | 9,464.00 |

Sheet no. **2** of **5** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  **81,236.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Zaheerah Yasmeen Shareef**, Case No. **14-11009**
                            Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxxxxxxxxxxxxxxx0919<br>**Dept Of Ed/sallie Mae**<br>**11100 Usa Pkwy**<br>**Fishers, IN 46037** | | - | **Opened 9/01/08 Last Active 2/28/14**<br>**Educational** | | | | **9,038.00** |
| Account No. xxxxxxxxxxxxxxxxxx0612<br>**Dept Of Ed/sallie Mae**<br>**11100 Usa Pkwy**<br>**Fishers, IN 46037** | | - | **Opened 6/01/09 Last Active 2/28/14**<br>**Educational** | | | | **3,736.00** |
| Account No. xxxxxxxxxxxxxxxxxx0924<br>**Dept Of Ed/sallie Mae**<br>**11100 Usa Pkwy**<br>**Fishers, IN 46037** | | - | **Opened 9/01/10 Last Active 2/28/14**<br>**Educational** | | | | **1,818.00** |
| Account No. xxxxx0529<br>**Dhhs/hrsa**<br>**5600 Fishers Ln**<br>**Rockville, MD 20852** | | - | **Opened 9/01/11**<br>**Government Miscellaneous Debt** | | | | **27,954.10** |
| Account No. xxxx7688<br>**Enhanced Recovery Corp**<br>**Attention: Client Services**<br>**8014 Bayberry Rd**<br>**Jacksonville, FL 32256** | | - | **Opened 3/01/13**<br>**Collection Attorney Sprint** | | | | **583.00** |

Sheet no. **3** of **5** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)     **43,129.10**

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com            Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Zaheerah Yasmeen Shareef**, Case No. **14-11009**
Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxxx0106<br><br>**Jefferson Capital Systems**<br>**16 Mcleland Rd**<br>**Saint Cloud, MN 56303** | - | | **Opened 10/01/08**<br>**Factoring Company Account Reward660 Visa Meta Bank** | | | | **683.00** |
| Account No. 0152<br><br>**National Recovery Services**<br>**PO Box 702257**<br>**Attn: Bankruptcy Dept.**<br>**Dallas, TX 75370-2257** | - | | **Collection** | | | | **89.00** |
| Account No. 15-72-00-7242 8<br><br>**Nicor Gas**<br>**PO Box 5407**<br>**Carol Stream, IL 60197** | - | | **Agriculture** | | | | **1,500.00** |
| Account No. xxxx4792<br><br>**Pentagroup Financial**<br>**5959 Corporate Dr.**<br>**Suite 1400**<br>**Houston, TX 77036** | - | | **Opened 6/01/11**<br>**Collection Attorney Adt** | | | | **1,132.00** |
| Account No. xxxxxx4071<br><br>**Unv Fidlty**<br>**1445 Langham Creek**<br>**Houston, TX 77084** | - | | **01 Columbia House** | | | | **57.00** |

Sheet no. **4** of **5** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **3,461.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Zaheerah Yasmeen Shareef**, Case No. **14-11009**
Debtor

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 6667<br><br>Vision Financial<br>1900 W. Severs Rd.<br>La Porte, IN 46350 | - | | Collection | | | | 75.00 |
| Account No. 3982<br><br>Vision Financial<br>1900 W. Severs Rd.<br>La Porte, IN 46350 | - | | Collection | | | | 60.00 |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

Sheet no. **5** of **5** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **135.00**

Total (Report on Summary of Schedules) **322,002.10**